UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**MICHAEL A. WALKER,**
      **Plaintiff,**

                                Case No. 03-CV-72850

v.

                                HONORABLE DENISE PAGE HOOD

**EAGLE PRESS & EQUIPMENT
COMPANY, LTD,**
      **Defendant.**
_____/

## JUDGMENT

This action having come before the Court and a jury, the issues having been duly tried and the jury having rendered its verdict on July 13, 2006.

Accordingly,

Judgment is entered in favor of Plaintiff and against the Defendants, in the total amount of $ 7,023,502.00.

                                                    DAVID J. WEAVER
                                                    CLERK OF THE COURT

Approved:                                                By: s/ Wm.F. LEWIS
                                                             Deputy Clerk

/s/ Denise Page Hood
DENISE PAGE HOOD
United States District Judge
DATED: July 26, 2006
Detroit, Michigan

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 28, 2006, by electronic and/or ordinary mail.

                                                                     s/William F. Lewis
                                                                       Case Manager